M. Rodney JONES, a/k/a Rodney M.
Jones, a/k/a Rodney E. Jones,
Plaintiff–Appellant,

v.

SOUTH CAROLINA DEPARTMENT
OF CORRECTIONS, Defendant–
Appellee.

No. 02–7709.

United States Court of Appeals,
Fourth Circuit.

Submitted April 24, 2003.

Decided May 1, 2003.

M. Rodney Jones, Appellant Pro Se.

Before NIEMEYER, GREGORY and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

M. Rodney Jones seeks to appeal the
district court's order denying his motion to
alter or amend the judgment. We dismiss
the appeal for lack of jurisdiction because
the notice of appeal was not timely filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5) or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
This appeal period is "mandatory and jur-
isdictional." *Browder v. Director, Dep't of
Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54
L.Ed.2d 521 (1978) (quoting *United States
v. Robinson*, 361 U.S. 220, 229, 80 S.Ct.
282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered
on the docket on August 21, 2002. The
notice of appeal was filed no earlier than
October 31, 2002.* Because Jones failed
to file a timely notice of appeal or to obtain
an extension or reopening of the appeal
period, we dismiss the appeal. We also
deny Jones' motions for appointment of
counsel and for protection from inmates
and staff at the South Carolina Depart-
ment of Corrections. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*

---

* Jones' notice of appeal was received by the
district court on November 5, 2002. Howev-
er, we must consider it filed as of the date it
was delivered to prison officials for mailing.

*See Houston v. Lack,* 487 U.S. 266, 108 S.Ct.
2379, 101 L.Ed.2d 245 (1988). Giving Jones
every benefit of the doubt, his notice is
deemed filed on October 31, 2002.